HYMAN KAUFMAN, Respondent, v. EMANUEL LAZZARO, Appellant.— Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

KINGS COUNTY REAL ESTATE CORPORATION, Respondent, v. JOHN F. JAMES, Appellant.— Interlocutory judgment modified by eliminating therefrom (1) the direction that defendant account for the 1,000 shares of common stock received by him as salary; (2) that defendant account for fifty-five units, each unit consisting of one share of common and one share of preferred stock, issued to fellow-directors at $105 per unit, and as so modified affirmed, without costs. The services rendered by defendant were worth to plaintiff what was received by him as salary. The proof shows that defendant did not know of the issue of the fifty-five units to his fellow-directors. Findings inconsistent herewith are reversed and findings in accordance herewith will be made; order to be settled on two days' notice. Lazansky, P. J., Young, Carswell and Davis, JJ., concur; Scudder, J., dissents and votes to reverse and dismiss the complaint.

ANNA KROHN, Plaintiff, v. SARA SILVERMAN and Others, Defendants. ABRAHAM SHERMAN, as Guardian ad Litem of EVELYN HILDA SHERMAN, Appellant; JOSEPH PETCHESKY, as Receiver, etc., Respondent.— Order denying motion for leave to sue receiver reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to the appellant to abide the event. In our opinion, the existence of a cause of action is sufficiently indicated. The character of the receivership and the question of the liability of the receiver for the injuries to the infant should await the pleadings or the trial. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

EDNA LAYMAN, an Infant, by JAMES LAYMAN, Her Guardian ad Litem, Respondent, v. ALLEGI & LORING, INC., and Others, Defendants. THE MOUNT VERNON TRUST COMPANY, Appellant.*— Order directing appellant to pay over certain moneys to the guardian *ad litem* and directing the deposit thereof by said guardian *ad litem* affirmed, with ten dollars costs and disbursements. (*Emigrant Industrial Savings Bank* v. *Scott's Bridge Realty Co., Inc.,* 240 App. Div. 779; *Matter of Holden,* Id. 845; *Trumpbour* v. *Trumpbour,* 70 Hun, 571; *Van Wagoner* v. *Buckley,* 148 App. Div. 808; *Matter of McCarthy,* 139 Misc. 147.) Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.